IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LUTHER WOODS,**

    Petitioner,

v.   Case No. 4:20cv177-MW/MJF

**STATE OF FLORIDA,**

    Respondent.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 2. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED**." The Clerk shall also close the file.

**SO ORDERED on May 14, 2020.**

                                                      **s/Mark E. Walker**
                                                      **Chief United States District Judge**